THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK N. DOWNEY, Appellant.

(Argued April 22, 1935; decided May 21, 1935.)

Ralph J. Hawkins for appellant.

L. Barron Hill, District Attorney, for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.